# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KATIE LAPP,

      Petitioner

      v.

COURT OF COMMON PLEAS OF THE 41
JUDICIAL DISTRICT OF PENNSYLVANIA
JUNIATA COUNTY BRANCH,

      Respondent

: No. 130 MM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Immediate Emergency Writ of Mandamus via Affidavit" and the "Application for Leave of Court to File This Addendum" are DENIED.